# IN THE NINTH COURT OF APPEALS

---

## 09-17-00423-CV

---

In Re Tina Fontaine and Gerald Fontaine

---

Original Proceeding
284th District Court of Montgomery County, Texas
Trial Cause No. 17-08-09496-CV

---

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered Tina Fontaine and Gerald Fontaine's petition for writ of mandamus, concludes that the petition should be conditionally granted. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the petition for writ of mandamus is conditionally granted and the trial court is to vacate its order of October 26, 2017, which stayed all discovery sought from Charles Michael Glaze by Tina and Gerald Fontaine. All costs of the mandamus proceeding are assessed against the real party in interest.

Per Curiam Opinion

December 14, 2017

### PETITION CONDITIONALLY GRANTED

**********

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court